IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

|  |  |  |
|---|---|---|
| **SECURITES AND EXCHANGE COMMISSION,** | ) ) ) | |
| Plaintiff, | ) ) | **No. 3:16-cv-00258-MOC-DSC** |
| v. | ) ) | |
| **MICHAEL KIPP** | ) ) | |
| and | ) ) | |
| **JOANNE VIARD,** | ) ) | |
| Defendants. | ) | |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO STAY PROCEEDINGS

Upon consideration of Defendants Michael Kipp and Joanne Viard's Unopposed Motion to Stay Proceedings in this action, it is hereby **ORDERED** that the Motion is **GRANTED** and that this case is **STAYED** until the criminal case captioned *United States v. Michael Kipp and Joanne Viard*, No. 3:15-cr-244-MOC, is resolved as to all Defendants.

It is also hereby **ORDERED** that the time for Defendants to answer the Complaint is extended to twenty-one (21) days from the date the criminal case is resolved.

**SO ORDERED**.

Signed: August 9, 2016

David S. Cayer
United States Magistrate Judge