# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | : |
| **Plaintiff,** | : Civil Action No. |
| | : 3:16-CV-00258-MOC-DSC |
| v. | : |
| **MICHAEL J. KIPP** and **JOANNE K. VIARD,** | : |
| **Defendants.** | : |

## ORDER GRANTING JOINT MOTION
## TO CONTINUE STAY OF PROCEEDINGS

Before this Court is the Plaintiff's Notice of Resolution of Criminal Matter and Joint Motion to Continue Stay of Proceedings. The Court having read and considered the Motion and finding good cause exists, it is hereby GRANTED.

The proceedings against Defendant Michael J. Kipp are stayed for 120 days.

The proceedings against Defendant Joanne K. Viard are stayed until July 14, 2018. Defendant Viard has until July 14, 2018, to file a motion with the Court seeking to continue the stay of the proceedings. If Defendant Viard elects not to file such a motion, her responsive pleading to Plaintiff's Complaint will be due on

August 4, 2018.  If Defendant Viard elects to file such a motion and the Court denies such motion, Defendant Viard will have twenty-one days from the entry of the order denying her motion in which to file any responsive pleading to Plaintiff's Complaint.

      **SO ORDERED**.

Signed: June 18, 2018

David S. Cayer
United States Magistrate Judge